

# U.S. District Court

## Tennessee Eastern - Chattanooga

**THIS IS A COPY**

Receipt Date: Aug 27, 2024 10:44AM

Eshman Begnaud LLC  
315 W. Ponce De Leon Ave  
Decatur, GA 30030

Rcpt. No: 100001273    Trans. Date: Aug 27, 2024 10:44AM    Cashier ID: #SC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNE324BB000001 /002<br>CLERK US DISTRICT COURT | 1 | 180.00 | 180.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1459 | 08/26/2024 | | $180.00 |

Total Due Prior to Payment: $180.00  
Total Tendered: $180.00  
Total Cash Received: $0.00  
Cash Change Amount: $0.00

**Comments**: PHV for Attorneys Mark Begnaud and Michael Eshman ; 1-24-cv-269 Perry et. al. v. City of Chattanooga

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.