IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TIANNA PERRY et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CELTAIN BATTERSON et al.<br><br>    Defendants. | Civil Action File No. 1:24-cv-00269-CEA-CHS |

### Joint Motion to Stay Case

Come now the Parties, by and through counsel, and hereby request that the Court enter a stay in the instant matter to allow the Parties to pursue mediation. The Parties believe that the case is in a posture where mediation is a potentially worthwhile endeavor.

First, the Parties have engaged in enough discovery to reach a place where all Parties have gained material insight into their relative positions. The Parties have collectively taken <u>twelve</u> fact depositions, have exchanged <u>thousands</u> of pages of written discovery, and have collectively identified <u>ten</u> expert witnesses, most of whom have prepared extensive reports that further illuminate the Parties' relative positions.

Second, as the Court is aware, the Parties only recently identified the ten expert witnesses, with the last expert's report disclosed on August 5, 2025. (<u>See</u> Doc. 52.) Since they were very recently identified, the Parties have only deposed one of the ten identified expert witnesses. The Parties believe that it would be a worthwhile endeavor

to pursue mediation now, before the Parties incur the considerable expense of conducting these expert depositions. The Parties intend to use a private mediator.

To that end, the Parties request that the Court enter an ORDER staying the case, which requires the Parties to complete mediation within the next forty-five (45) days, and, if the Parties do not resolve the case at mediation, which lifts the stay and provides for sixty (60) days to complete discovery, which would allow the Parties time to depose the recently-identified expert witnesses. The Parties request that the other deadlines in the Scheduling Order follow, including an extension of the dispositive motion deadline, but the Parties do not ask the Court to move the trial date. A draft Order is provided herewith.

This 14th day of August, 2025

*/s/ Mark Begnaud*
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com
Michael J. Eshman
Georgia Bar No. 365497
meshman@eshmanbegnaud.com
Eshman Begnaud, LLC
315 W. Ponce De Leon Ave
Suite 775
Decatur, GA 30030

*/s/ Jonathan D. Grunberg*
Jonathan D. Grunberg
Georgia State Bar No. 869318
jgrunberg@wgwlawfirm.com
Wade, Grunberg & Wilson, LLC
600 Peachtree St. NE, Suite 3900
Atlanta, GA 30308
Telephone: (404) 600-1153
Facsimile: (404) 969-4333

*/s/ Logan Davis*
Logan Davis
Tennessee Bar No. 038138
Davis & Hoss, P.C.
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – facsimile
logan@davis-hoss.com
*Attorney for Celtain Batterson*

*/s/ Phillip A. Noblett*
Phillip A. Noblett – BPR #10074
*City Attorney,* Chattanooga, Tennessee
Kathryn C. McDonald – Bar#30950
Christopher McKnight – Bar#34351
*Assistant City Attorneys*, Chattanooga, Tennessee
100 East 11th Street, Suite 200
Chattanooga, Tennessee 37402
423 643-8250 - Telephone
423 643-8255 - Fax
pnoblett@chattanooga.gov

<table>
<tr><td>McCracken Poston (BPR #020375)<br>postonlaw@gmail.com<br>Law Offices of McCracken Poston<br>7713 Nashville Street<br>Ringgold, Georgia 30736<br>Telephone: (423) 265-5888<br>Facsimile: (706) 965-5413<br>404-491-0170<br>*Attorneys for Plaintiffs*</td><td>kmcdonald@chattanooga.gov<br>ayanez@chattanooga.gov<br>cmcknight@chattanooga.gov<br>*Attorneys for Defendant City of Chattanooga*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel of record

This 14th Day of August, 2025.

*/s/ Mark Begnaud*
Mark Begnaud
Georgia Bar No. 217641
mbegnaud@eshmanbegnaud.com