UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| Z.H , by next friend Tianna Perry, C.H., by Next friend Tianna Perry, D.H. by next friend Patrice Robinson, K.H., by next friend Kimberly Spivey, and S.H., by next friend Doris Toney, | : : : : : | |
| Plaintiffs | : | |
| vs. | : : | Civil Action No. 1:24-cv-00269 |
| CITY OF CHATTANOOGA TENNESSEE and CELTAIN BATTERSON | : : : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties file this stipulation of dismissal with prejudice, signed by all parties that have appeared, dismissing this action with prejudice.

At this time all of the defendants are stipulated to be dismissed with **prejudice** as set forth herein and all parties stipulate that the parties will be responsible for their respective costs, including attorney fees.

Dated this 11th day of September, 2025.

1

Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**
**CITY OF CHATTANOOGA, TENNESSEE**


By: s/ Phillip A. Noblett
    PHILLIP A. NOBLETT - BPR #10074
    *City Attorney*
    KATHRYN C. McDONALD – BPR #30950
    CHRISTOPHER L. McKNIGHT – BPR #34351
    *Assistant City Attorneys*
    100 E. 11th Street, Suite 200
    Chattanooga, Tennessee 37402
    (423) 643-8250 (telephone)
    (423) 643-8255 (facsimile)

*Attorneys for Defendant, City of Chattanooga*


DAVIS & HOSS, P.C.


By: s/ E. Logan Davis
    EDITH LOGAN DAVIS – BPR #38138
    850 Fort Wood Street
    Chattanooga, TN 37403
    (423) 266-0606 – Telephone

*Attorneys for Defendant Celtain Batterson,*
*individually and in his official capacity*

2

WADE, GRUNBERG & WILSON, LLC

By:   s/ Jonathan D. Grunberg
     Jonathan D. Grunberg
     Georgia State Bar No. 869318
     jgrunberg@wgwlawfirm.com
     729 Piedmont Ave NE
     Atlanta, GA 30308
     Telephone: (404) 600-1153
     Facsimile: (470) 970-4303

*Attorneys for Plaintiffs*

3